UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Mid Vermont Christian School et al,<br><br>    Plaintiff,<br><br>    v.<br><br>Heather Bouchey et al,<br><br>    Defendant. | Civil Action No. 2:23–cv–652 |

## **ORDER**

On or before December 28, 2023, Plaintiffs shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 19th day of December 2023.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge