UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **MID VERMONT CHRISTIAN SCHOOL**, on behalf of itself and its students and its students' parents; **A.G.** and **M.G.**, by and through their parents and natural guardians, Chris and Bethany Goodwin; **CHRISTOPHER GOODWIN**, individually; **BETHANY GOODWIN,** individually; **T.S. and K. S.**, by and through their parents and natural guardians, Nathaniel and Dawna Slarve; **NATHANIEL SLARVE**, individually; and **DAWNA SLARVE**, individually,<br><br>Plaintiffs,<br><br>v.<br><br>**ZOIE SAUNDERS,** in her official capacity as Secretary of the Vermont Agency of Education; **JENNIFER DECK SAMUELSON**, in her official capacity as Chair of the Vermont State Board of Education; **CHRISTINE BOURNE**, in her official capacity as Windsor Southeast Supervisory Union Superintendent; **HARTLAND SCHOOL BOARD**; **RANDALL GAWEL**, in his official capacity as Orange East Supervisory Union Superintendent; **WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD**; and **JAY NICHOLS**, in his official capacity as the Executive Director of The Vermont Principals' Association,<br><br>Defendants. | Case No. 2:23-cv-00652-gwc<br><br>**PLAINTIFFS' RULE 41(a) NOTICE OF DISMISSAL OF PLAINTIFFS T.S., K.S., NATHANIEL SLARVE, AND DAWNA SLARVE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs give notice that Plaintiffs T.S., K.S., Nathaniel Slarve, and Dawna Slarve (collectively, "the Slarves") are hereby dismissed as parties to this case.

The Slarves are being dismissed as plaintiffs for the reasons explained in the attached Supplemental Declaration of Dawna Slarve. In short, T.S. and K.S. are enrolling at a different school for the 2024-2025 school year for several reasons, including uncertainty about the Town Tuitioning Program and inability to play sports, such as football, because Mid Vermont Christian has been removed from the VPA. The remaining plaintiffs—Mid Vermont Christian School, A.G., M.G., Christopher Goodwin, and Bethany Goodwin—are *not* dismissing any claims in this case and will continue to prosecute their claims moving forward. *See Jenkins v. Miller,* No. 2:12-CV-184, 2023 WL 3000637, at *2 (D. Vt. Apr. 19, 2023) ("Rule 41 allows a plaintiff to dismiss individual parties without dismissing the entire case").

Accordingly, the Slarves are dismissed as plaintiffs in this case.

Dated: June 21, 2024                                    Respectfully submitted,

*s/ Ryan J. Tucker*
Ryan J. Tucker*
AZ Bar No. 034382
David Cortman
AZ Bar No. 29490
Katherine Anderson*
AZ Bar No. 033104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street Scottsdale, AZ 85260
(480) 444-0020
rtucker@adflegal.org
dcortman@adflegal.org
kanderson@adflegal.org

Jacob Reed*
VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jreed@ADFlegal.org

*s/ Michael J. Tierney*
Michael J. Tierney
VT Bar No. 5275
Gretchen M. Wade
NH Bar No. 273726
WADLEIGH, STARR & PETERS, P.L.L.C.
95 Market Street
Manchester, NH 03101
Telephone: (603) 669-4140
Fax: (603) 669-6018
mtierney@wadleighlaw.com
gwade@wadleighlaw.com

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

                                            <u>*s/ Ryan J. Tucker*</u>
                                            Ryan J. Tucker
                                            *Attorney for Plaintiffs*