## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| **MID VERMONT CHRISTIAN SCHOOL**, on behalf of itself and its students and its students' parents; **A.G.** and **M.G.**, by and through their parents and natural guardians, Chris and Bethany Goodwin; **CHRISTOPHER GOODWIN**, individually; **BETHANY GOODWIN,** individually; **T.S. and K. S.**, by and through their parents and natural guardians, Nathaniel and Dawna Slarve; **NATHANIEL SLARVE**, individually; and **DAWNA SLARVE**, individually, <br><br> Plaintiffs, <br><br> v. <br><br> **ZOIE SAUNDERS,** in her official capacity as Secretary of the Vermont Agency of Education; **JENNIFER DECK SAMUELSON**, in her official capacity as Chair of the Vermont State Board of Education; **CHRISTINE BOURNE**, in her official capacity as Windsor Southeast Supervisory Union Superintendent; **HARTLAND SCHOOL BOARD**; **RANDALL GAWEL**, in his official capacity as Orange East Supervisory Union Superintendent; **WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD**; and **JAY NICHOLS**, in his official capacity as the Executive Director of The Vermont Principals' Association, <br><br> Defendants. | Case No. 2:23-cv-00652-gwc <br><br> **DECLARATION OF DAWNA SLARVE** |

1

I, Dawna Slarve, hereby declare as follows:

1. I am a citizen of the United States and a resident of the state of Vermont. I am competent to make this declaration and make it based on my personal knowledge.

2. My husband (Nathaniel Slarve) and I have decided to enroll our children (T.S. and K.S.) at a public high school in New Hampshire for the next school year (2024-2025). Our children will no longer be attending Mid Vermont Christian School for several reasons.

3. We made the decision in part due to the uncertainty surrounding Mid Vermont Christian School's ability to participate in the town tuitioning program for next year (and subsequent years). There is no assurance that Mid Vermont Christian will ultimately be approved for next school year.

4. We will be able to participate in the town tuitioning program at the public school in New Hampshire next school year. The school is approved and there are no questions surrounding its approval to participate.

5. We also made this decision in part for some academic reasons with respect to T.S, including the fact that the public school offers some academic programs currently not available to T.S.

6. Another reason is that T.S. wants to play football next school year. While Mid Vermont Christian does not have a football team, T.S. would have been able to play on another local team through the VPA's "member-to-member program" if Mid Vermont Christian was a member of the VPA. Because they no longer are, he could not play football next year while attending Mid Vermont Christian.

7. Because we are enrolling our children at a different school, we decided to withdraw as Plaintiffs in this case.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of June, 2024 in North Hartford, Vermont.

*Dawna Slarve*
Dawna Slarve