# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| **MID VERMONT CHRISTIAN SCHOOL**, on behalf of itself and its students and its students' parents; **A.G.** and **M.G.**, by and through their parents and natural guardians, Chris and Bethany Goodwin; **CHRISTOPHER GOODWIN**, individually; and **BETHANY GOODWIN**, individually, <br><br> Plaintiffs, <br><br> v. <br><br> **ZOIE SAUNDERS**, in her official capacity as Interim Secretary of the Vermont Agency of Education; **JENNIFER DECK SAMUELSON**, in her official capacity as Chair of the Vermont State Board of Education; **CHRISTINE BOURNE**, in her official capacity as Windsor Southeast Supervisory Union Superintendent; **HEARTLAND SCHOOL BOARD**; **RANDALL GAWEL**, in his official capacity as Orange East Supervisory Union Superintendent; **WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD**; and **JAY NICHOLS**, in his official capacity as the Executive Director of The Vermont Principals' Association, <br><br> Defendants. | Case No. 2:23-cv-00652 <br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the Order on Motion for Preliminary Injunction (ECF No. 57) entered on June 11, 2024, denying Plaintiffs' motion for a preliminary injunction.

Respectfully submitted this 21st day of June, 2024.

By: *s/ Ryan J. Tucker*

| | |
|---|---|
| Michael J. Tierney | Ryan J. Tucker* |
| VT Bar No. 5275 | AZ Bar No. 034382 |
| Gretchen M. Wade | David Cortman |
| NH Bar No. 273726 | AZ Bar No. 29490 |
| WADLEIGH, STARR & PETERS, P.L.L.C. | Katherine Anderson* |
| 95 Market Street | AZ Bar No. 033104 |
| Manchester, NH 03101 | ALLIANCE DEFENDING FREEDOM |
| Telephone: (603) 669-4140 | 15100 N. 90th Street |
| Fax: (603) 669-6018 | Scottsdale, AZ 85260 |
| mtierney@wadleighlaw.com | Telephone: (480) 444-0020 |
| gwade@wadleighlaw.com | rtucker@adflegal.org |
| | dcortman@adflegal.org |
| | kanderson@adflegal.org |

Jacob Reed*
VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jreed@ADFlegal.org

*Attorneys for Plaintiffs*
**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 21, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of Court and all counsel of record will be served via the Court's CM/ECF system.

*s/ Ryan J. Tucker*
Ryan J. Tucker
*Counsel for Plaintiffs*
