# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| **MID VERMONT CHRISTIAN SCHOOL**, on behalf of itself and its students and its students' parents; **A.G.** and **M.G.**, by and through their parents and natural guardians, Chris and Bethany Goodwin; **CHRISTOPHER GOODWIN**, individually; and **BETHANY GOODWIN**, individually.<br><br>Plaintiffs,<br><br>v.<br><br>**ZOIE SAUNDERS,** in her official capacity as Interim Secretary of the Vermont Agency of Education; **JENNIFER DECK SAMUELSON**, in her official capacity as Chair of the Vermont State Board of Education; **CHRISTINE BOURNE**, in her official capacity as Windsor Southeast Supervisory Union Superintendent; **HARTLAND SCHOOL BOARD**; **RANDALL GAWEL**, in his official capacity as Orange East Supervisory Union Superintendent; **WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD**; and **JAY NICHOLS**, in his official capacity as the Executive Director of The Vermont Principals' Association,<br><br>Defendants. | Case No. 2:23-cv-00652-gwc<br><br>**PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL** |

Plaintiffs Mid Vermont Christian School, A.G., M.G., Christopher Goodwin, and Bethany Goodwin, move this Court for an immediate injunction pending appeal against Defendant Jay Nichols ("the VPA") pursuant to Fed. R. Civ. P. 62(d). This Motion is supported by Plaintiffs' previously filed documents, including the Verified Complaint (ECF No. 1) and the Declarations of Vicky Fogg, Christopher Goodwin, Bethany Goodwin, and Nathaniel and Dawna Slarve (ECF Nos. 14-15, 14-16, 14-17, 14-18, 42-4, 42-5, 58-1). It is also supported by the attached Memorandum in Support and Third Declaration of Christopher Goodwin.

***Standard.*** Plaintiffs have appealed this Court's Order on Motion for Preliminary Injunction (ECF No. 57). They seek an injunction against the VPA as the appeal proceeds at the Second Circuit Court of Appeals. *See* Fed. R. App. P. 8(a)(1)(C) (party "must ordinarily move first in the district court for ... an order ... granting an injunction while an appeal is pending"). Plaintiffs are entitled to an injunction because: (a) they are still likely to succeed on the merits of their free exercise claims; (b) they are currently being irreparably harmed by being excluded from the VPA, including by being barred right now from scheduling games for upcoming and future seasons, thereby damaging the School now and for future seasons; and (c) an injunction would secure their constitutional rights and benefit the public interest. *See Agudath Israel of Am. v. Cuomo,* 980 F.3d 222, 226 (2d Cir. 2020) (per curiam).

***Timing.*** Given the ongoing constitutional violations and irreparable harm, Plaintiffs request the Court expedite the briefing schedule on this motion and issue an **order no later than July 5, 2024**, so that Plaintiffs can be readmitted to the VPA and begin to partake in the scheduling process. Plaintiffs intend to seek relief at the Second Circuit Court of Appeals should this Court "fail[ ] to afford the relief requested." Fed. R. App. P. 8(a)(2)(A)(ii).

***Requested relief.*** Plaintiffs move for the following relief pending their appeal:

1.      Order the VPA to allow Mid Vermont Christian School to rejoin the VPA as a full-status member eligible to participate in all VPA sanctioned events and activities;

2.      Enjoin the VPA from applying or enforcing its gender identity policy against Mid Vermont Christian;

3.      Enjoin the VPA from penalizing the School for exercising its religious beliefs about sex and gender, including by penalizing the School in any way for forfeiting VPA competitions where the School is set to compete against an opposing girls' team that has a male participant (or vice versa);

4.      Issue the above-requested relief without bond.

Dated: June 21, 2024                        Respectfully submitted,

<div style="margin-left: 3em;">

<u>s/ Ryan J. Tucker</u>
Ryan J. Tucker*
AZ Bar No. 034382
David Cortman
AZ Bar No. 29490
Katherine Anderson*
AZ Bar No. 033104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street Scottsdale, AZ 85260
(480) 444-0020
rtucker@adflegal.org
dcortman@adflegal.org
kanderson@adflegal.org

Jacob Reed*
VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jreed@ADFlegal.org

</div>

<div style="text-align: right;">

*s/ Michael J. Tierney*
Michael J. Tierney
VT Bar No. 5275
Gretchen M. Wade
NH Bar No. 273726
WADLEIGH, STARR & PETERS, P.L.L.C.
95 Market Street
Manchester, NH 03101
Telephone: (603) 669-4140
Fax: (603) 669-6018
mtierney@wadleighlaw.com
gwade@wadleighlaw.com


*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

<div style="text-align: right">

*s/ Ryan J. Tucker*
Ryan J. Tucker
*Counsel for Plaintiffs*

</div>

## CERTIFICATE OF COMPLIANCE

      I hereby certify that, pursuant to Local Rule 7(a)(7), I made a good faith attempt to obtain the opposing parties' agreements to Plaintiffs' requested relief. The VPA's counsel stated the VPA did not agree to the requested relief.

<div style="text-align: right;">

*s/ Ryan J. Tucker*
Ryan J. Tucker
*Counsel for Plaintiffs*

</div>