NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Mid Vermont Christian School, et al

    v.                                                  Case No. 2:23-cv-652

Heather Bouchey, et al

TAKE NOTICE that the above-entitled case has been scheduled at at 1:30 PM on Monday, July 29, 2024 before Honorable Geoffrey W. Crawford, District Judge, for a hearing on Motion for Injunction Pending Appeal (Doc. 60).

Location: via videoconference                    JEFFREY S. EATON, Clerk
                                                                        By: /s/ Emerson Howe
                                                                        Deputy Clerk
                                                                        7/23/2024

TO:

Ryan J. Tucker, Esq.
David A. Cortman, Esq.
Gretchen M. Wade, Esq.
Jacob E. Reed, Esq.
Katherine L. Anderson, Esq.
Michael J. Tierney, Esq.

Jonathan T. Rose, Esq.
Kate T. Gallagher, Esq.
Patrick T. Gaudet, Esq.

Pietro J. Lynn, Esq.
Sean Toohey, Esq.

Steven J. Zakrzewski, Esq.

Sunnie Donath, Court Reporter