UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MID VERMONT CHRISTIAN SCHOOL, on behalf of itself and its students and its students' parents; A.G. and M.G., by and through their parents and natural guardians, Chris and Bethany Goodwin; CHRISTOPHER GOODWIN, individually; BETHANY GOODWIN, individually; T.S. and K.S., by and through their parents and natural guardians, Nathaniel and Dawna Slarve; NATHANIEL SLARVE, individually; and DAWNA SLARVE, individually,<br><br>    *Plaintiffs,*<br><br>v.<br><br>HEATHER BOUCHEY, in her official capacity as Interim Secretary of the Vermont Agency of Education,<br><br>JENNIFER DESK SAMUELSON, in her official capacity as Windsor Southeast Supervisory Union Superintendent;<br><br>HARTLAND SCHOOL BOARD;<br><br>RANDALL GAWEL, in his official capacity as Orange East Supervisory Union Superintendent;<br><br>WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD; and<br><br>JAY NICHOLS, in his official capacity as the Executive Director of the Vermont Principals' Association,<br><br>    *Defendants.* | Civil Action No.: 2:23-cv-00652-kjd |

**DEFENDANT JAY NICHOLS'S NOTICE OF REQUEST TO PLAINTIFF,
MID VERMONT CHRISTIAN SCHOOL**

On July 15, 2024, this Court ordered a video hearing concerning the limited issue of Plaintiffs' participation in co-educational activities (Doc. No. 68, Order re 60 Motion for Injunction Pending Appeal).  On July 23, 2024, this Court scheduled said video hearing for Monday, July 29, 2024 (Doc. 71, Notice of Hearing re: 60 Motion for Injunction Pending Appeal).  Also on July 23, 2024, this Court entered an order that prior to the hearing on Monday, July 23, 2024, Plaintiff must submit a list of the school competitions and activities sponsored by the Vermont Principals Association that it believes its students could join even if a transgender student from another school participates (Doc. 70, Order).

On July 26, 2024, defendant Jay Nichols, on behalf of the Vermont Principals Association, served a letter upon Plaintiffs through its undersigned counsel addressing the Court's concerns prior to the scheduling hearing.  A true and correct copy of that letter is attached as Exhibit 1.

THE DEFENDANT,
**Jay Nichols, in his official capacity as Executive Director of the Vermont Principals' Association,**
By its Attorneys,

Dated: July 26, 2024

/s/ Steven J. Zakrzewski
Steven J. Zakrzewski, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
T: (860) 494-7511
szakrzewski@grsm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2024 I electronically filed this document with the Clerk of Court using the CM/ECF system, which will provide electronic notification of such filing to Counsel of Record for the Plaintiff, and to all other registered users.

                                                          /s/ Steven J. Zakrzewski
                                                          Steven J. Zakrzewski