UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MID VERMONT CHRISTIAN SCHOOL, on behalf of itself and its students and its students' parents; A.G. and M.G., by and through their parents and natural guardians, Chris and Bethany Goodwin; CHRISTOPHER GOODWIN, individually; BETHANY GOODWIN, individually; T.S. and K.S., by and through their parents and natural guardians, Nathaniel and Dawna Slarve; NATHANIEL SLARVE, individually; and DAWNA SLARVE, individually,<br><br>    *Plaintiffs,*<br><br>v.<br><br>HEATHER BOUCHEY, in her official capacity as Interim Secretary of the Vermont Agency of Education, JENNIFER DESK SAMUELSON, in her official capacity as Windsor Southeast Supervisory Union Superintendent; HARTLAND SCHOOL BOARD; RANDALL GAWEL, in his official capacity as Orange East Supervisory Union Superintendent; WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD; and JAY NICHOLS, in his official capacity as the Executive Director of the Vermont Principals' Association,<br><br>    *Defendants.* | Civil Action No.: 2:23-cv-00652-kjd |

## NOTICE OF APPEARANCE

Please enter the appearance of Jane Torcia on behalf of the defendant Jay Nichols, in his official capacity as Executive Director of the Vermont Principals' Association, in the above-captioned matter.

Dated at Hartford, CT, this 15th day of November 2024.

                    THE DEFENDANT,
**Jay Nichols, in his official capacity as Executive Director of the Vermont Principals' Association,**
By its Attorneys,

/s/ Jane Torcia
Jane Torcia, Esq. (*Pro Hac Vice*)
Gordon Rees Scully Mansukhani, LLP
One Financial Plaza
755 Main Street, Suite 1700
Hartford, Connecticut 06103
T: (860) 780-5717
jtorcia@grsm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024 I electronically filed this document with the Clerk of Court using the CM/ECF system, which will provide electronic notification of such filing to Counsel of Record for the Plaintiff, and to all other registered users.

/s/ Jane Torcia
Jane Torcia