UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MID VERMONT CHRISTIAN SCHOOL, on behalf of itself and its students and its students' parents; A.G. and M.G., by and through their parents and natural guardians, Chris and Bethany Goodwin; CHRISTOPHER GOODWIN, individually; BETHANY GOODWIN, individually; T.S. and K.S., by and through their parents and natural guardians, Nathaniel and Dawna Slarve; NATHANIEL SLARVE, individually; and DAWNA SLARVE, individually;
   Plaintiffs,

v.

HEATHER BOUCHEY, in her official capacity as Interim Secretary of the Vermont Agency of Education; JENNIFER DECK SAMUELSON, in her official capacity as Chair of the Vermont State Board of Education; CHRISTINE BOURNE, in her official capacity as Windsor Southeast Supervisory Union Superintendent; HARTLAND SCHOOL BOARD; RANDALL GAWEL, in his official capacity as Orange East Supervisory Union Superintendent; WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD; and JAY NICHOLS, in his official capacity as the Executive Director of The Vermont Principals' Association;
   Defendants.

Civil No. 2:23-cv-00652

**NOTICE OF APPEARANCE**

  NOW COMES Debbie Stevens, Assistant Attorney General for the State of Vermont, and hereby enters her appearance as co-counsel on behalf of defendants Jennifer Deck Samuelson, in her official capacity as the Chair of the State Board of Education (the Board or the SBE), and Heather Bouchey, in her official capacity as Interim Secretary of the Agency of Education

(collectively the State) in the above-entitled matter and requests that a copy of all papers in this action be served upon her via email or the Court's electronic file and serve system.

DATED at Montpelier, Vermont, this 23rd day of April 2025.

                                              STATE OF VERMONT

                                              CHARITY R. CLARK
                                              ATTORNEY GENERAL

By:    */s/ Debbie Stevens*
         Debbie Stevens
         Assistant Attorney General
         Office of the Attorney General
         109 State Street
         Montpelier, VT 05609-1001
         (802) 595-3717
         debbie.stevens@vermont.gov