UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 NOV -5 PM 1:36

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| MID VERMONT CHRISTIAN SCHOOL, et al; ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 2:23-cv-652 |
| ZOIE SAUNDERS, et al, ) | |
| Defendants. ) | |

PRELIMINARY INJUNCTION ORDER

In accord with the decision of the Second Circuit in the appeal of the denial of a preliminary injunction in *Mid Vermont Christian School et al v. Saunders et al*, 151 F. 4th 86 (2d Cir. 2025), the court GRANTS Plaintiffs' motion for a preliminary injunction insofar as it seeks Mid Vermont's reinstatement to full membership in the Vermont Principals Association pending the resolution of this case.

Dated: November 5, 2025

Geoffrey Crawford,
U.S. District Court Judge