## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF VERMONT

| | |
|---|---|
| **MID VERMONT CHRISTIAN SCHOOL**, on behalf of itself and its students and its students' parents; **ABEL GOODWIN**; **M.G.**, by and through her parents and natural guardians, Christopher and Bethany Goodwin; **CHRISTOPHER GOODWIN**, individually; **BETHANY GOODWIN**, individually; **O.P.**, by and through his father and natural guardian, Nathan Partington; and **NATHAN PARTINGTON**, individually,<br><br>Plaintiffs,<br><br>v.<br><br>**ZOIE SAUNDERS,** in her official capacity as Secretary of the Vermont Agency of Education and in her individual capacity; **JENNIFER DECK SAMUELSON**, in her official capacity as Chair of the Vermont State Board of Education and in her individual capacity; **WAITS RIVER VALLEY (UNIFIED #36 ELEMENTARY) SCHOOL BOARD;** and **JAY NICHOLS**, in his official capacity as the Executive Director of The Vermont Principals' Association and in his individual capacity,<br><br>Defendants. | Case No. 2:23-cv-00652<br><br><br>**DECLARATION OF NATHAN PARTINGTON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Nathan Partington, hereby declare as follows:

1.    I am a citizen of the United States and a resident of the state of Vermont. I am competent to make this declaration, and I make this declaration based on my personal knowledge.

2.    I am a Christian. My religious beliefs are rooted in the Holy Bible.

3.    I believe that I hold the primary responsibility for educating my children. I believe that the Bible instructs me to raise my children to share my Christian faith, follow Jesus Christ, and live according to a Christian worldview.

4.    I believe that sending my children to a public or secular private school exposes them to worldly influences and ideas that are contrary to my religious beliefs and convictions.

5.    I believe that sending my children to a public or private secular school burdens my religious duty to educate them in and from a Christian worldview and undermines my religious obligation.

6.    And sending them to such a school would substantially interfere with my ability to direct their religious upbringing.

7.    We live in West Topsham, Vermont, which is in the Waits River Valley School District. Our school district is a sending district; it does not have a public high school and tuitions high school students to attend out-of-district schools.

8.    Consequently, my wife and I homeschooled our children for 7 years.

9.    Several years ago I decided that I should send my three children to a private Christian school that believed and taught the same religious values and beliefs as me.

10.    I picked Mid Vermont Christian School for this reason. Mid Vermont is also close to our home. In fact, it is the closest Christian school to us.

2

11.     I was attracted to Mid Vermont from the start because it shares and teaches the same Christian beliefs, it excels academically, students routinely perform well, and graduates often go to college.

12.     All three of my children have attended Mid Vermont Christian. My oldest graduated from Mid Vermont and now attends a private Christian college. My middle child is currently a senior at Mid Vermont.

13.     At the start of the 2023 school year, the Waits River Valley School District sent a check to Mid Vermont Christian for my middle child but then asked for the money back. After Mid Vermont sued, the Waits River Valley School District then paid for my middle child's tuition at Mid Vermont for the 2023–2024 and 2024–2025 school years. So he is grandfathered-in under the new law, Act 73, and can still receive tuition this year.

14.     But my youngest child, O.P., is currently in seventh-grade at Mid Vermont and thus will not be grandfathered-in.

15.     Because Mid Vermont is now ineligible for public tuition under the new law, Waits River Valley School District will not pay for O.P.'s tuition at Mid Vermont once he enters 9th grade. So I will lose town tuition funding for O.P., similar to what happened in the 2023 school year with my middle child.

16.     This is a serious financial strain for my family.

17.     Now, I will either have to pay out-of-pocket for O.P. to attend Mid Vermont once he enters high school or will have to send O.P. to a public school or eligible secular private school.

18.     Sending O.P to a public or secular private high school would conflict with the religious upbringing we have provided him.

19.     Nor could I send O.P. to a different religious school because no religious schools are eligible for public tuition under the new law.

20.     In addition, O.P. will be ineligible for Vermont's Early College Program and Dual Enrollment Program while at Mid Vermont because we will not be able to receive a town tuition voucher for him because of the new law.

21.     So I'm faced with an impossible choice. I must either pick between public benefits (town tuition, Early College, and Dual Enrollment funding) that everyone else can receive or compromise my religion by sending O.P. to a public or secular private school.

22.     This dilemma is extremely unfair. I can use a tuition voucher to send O.P. to many secular private schools, but I can't use it to send him to the same school that he has been attending for the last several years.

23.     For example, under the new law, I could receive a tuition voucher if I sent O.P. to Thetford Academy, an approved independent school about 35 minutes (driving) from our home. But I believe that putting O.P. in that school would expose him to worldly beliefs and influences contrary to our religious beliefs. So instead I decided to enroll him at Mid Vermont even though Mid Vermont is further away from our home, about a 55-minute drive.

24.     I'm seeking relief from this Court as soon as possible so I can plan what to do before O.P. has to register and enroll in high school.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of January, 2026, in W. Topsham, Vermont.

Nathan Partington