# EXHIBIT 1

## List of Religious Schools Now Ineligible Due to Act 73

- All 15 religious schools listed were *eligible* for public funding before Act 73
- 11/15 religious schools now cannot satisfy the geographic restriction.

| School | Location | Supervisory district / union | Does religious school meet the geographic restriction? |
|---|---|---|---|
| Mid Vermont Christian School | White River Jct. | Hartford SD | No |
| All Saints Academy | Morrisville | Lamoille South SU | No |
| Christ the King | Burlington | Burlington SD | No |
| Christ the King | Rutland | Rutland City SD | No |
| Mater Christi School | Burlington | Burlington SD | No |
| Mt. Saint Joseph Academy | Rutland | Rutland City SD | No |
| Rice Memorial High School | South Burlington | South Burlington SD | No |
| | | | |

**Exhibit 1 Page 1 of 3**

| | | | |
|---|---|---|---|
| Rutland Area Christian School | Rutland | Rutland City SD | No |
| St. Francis Xavier | Winooski | Winooski SD | No |
| St. Monica-St. Michael School | Barre | Barre Unified Union SD | No |
| St. Paul's Elementary School | Barton | Orleans Central SU | No |
| Good Shepherd Catholic School | St. Johnsbury | St. Johnsbury SD | Yes (St. Johnsbury SD does not operate a public high school) |
| Grace Christian School | Bennington | Southwest Vermont SU | Yes (Southwest Vermont SU contains member school districts that do not operate a public school for some or all grades) |
| Sacred Heart School | Bennington | Southwest Vermont SU | Yes (Southwest Vermont SU contains member school districts that do not operate a public school for |

**Exhibit 1 Page 2 of 3**

| | | | some or all grades) |
|---|---|---|---|
| St. Michael's Catholic School | Brattleboro | Windham Southeast SU | Yes (Windham Southeast SU contains member school districts that do not operate a public school for some or all grades) |

**Exhibit 1 Page 3 of 3**