U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 APR 29 PM 2: 42

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MID VERMONT CHRISTIAN SCHOOL,       )
A.G. and M.G., by and through their parents  )
and natural Guardians, CHRISTOPHER   )
GOODWIN, and BETHANY GOODWIN      )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )         Case No. 2:23-cv-652
                                    )
JENNIFER DECK SAMUELSON, in her     )
official capacity as Chair of the Vermont  )
State Board of Education, WAITS RIVER  )
VALLEY SCHOOL BOARD, JAY            )
NICHOLS, in this official capacity as the  )
Executive Director of the Vermont    )
Principals' Association and ZOIE     )
SAUNDERS, in her official capacity as the  )
Interim Secretary of the Vermont Agency of  )
Education,                          )
                                    )
        Defendants.                 )

## ORDER ON MOTION TO CLARIFY
### (Doc. 136)

The issues on which the court seeks additional information include:

The general requirements for qualification as an "approved independent school," an

approved therapeutic day school, and an "independent school meeting education quality

standards" as these terms are used in 16 V.S.A. § 828 as amended by Act 73; and

The particular reasons the secular and religious-based schools no longer qualify for

"town tuition" payments after enactment of Act 73. The court seeks information about the

approval process – much of which is set by statute – and why on a case-by-case basis, a

substantial number of schools no longer qualify. These schools appear on a list of "Approved

Independent Schools Ineligible for Public Funding" dated September 2025 and attached to the

amended complaint as Doc. 100-11, pp. 10-15.  The court plans to ask about the reasons each school became ineligible.  The parties may have questions of their own.

The court will be glad to hear from either one or two witnesses.

Dated at Burlington, in the District of Vermont, this 29th day of April, 2026.

Geoffrey W. Crawford, Judge
United States District Court